# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH A. PATTON, | Case No.: 2:18-cv-1351-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| CITIZEN BANK, N.A., et al., | |
| Defendant(s). | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than August 10, 2018.

IT IS SO ORDERED.

Dated: July 30, 2018

NANCY J. KOPPE
United States Magistrate Judge