

Keith A. Patton
9238 Forest Meadows Ave.
Las Vegas, NV 89149
702-703-6965
keithpatton57@gmail.com
Pro Se

# UNITED STATES DISTRICT COURT OF NEVADA
# DISTRICT OF NEVADA

KEITH A. PATTON
   Plaintiff,

vs.

CITIZENS BANK N.A; EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY NEVADA; GARCIA-MENDOZA & SNAVELY; EVA GARCIA MENDOZA; DOES I-X; AND ROES 1-X

   Defendants.

Case No.: **2:18-cv-1351-APG-NJK**

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES (LOCAL CIV.RULE 7.1-1)

The undersigned, pro se party Keith A. Patton, certifies that the following may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal pursuant to Local Civ. Rule 7.1-1.

(1) Plaintiff, Keith A. Patton;

(2) Defendants, Citizens Bank, N.A.; Eighth Judicial District Court of Clark County, Nevada; Garcia-Mendoza & Snavely; Eva Garcia Mendoza; DOES I-X; and ROES I-X.

DATED this 10th day of August, 2018

By: _____
Keith A. Patton

Keith A. Patton
9238 Forest Meadows Ave.
Las Vegas, NV 89149
Telephone: 702-703-6965
keithpatton57@gmail.com
Pro Se