# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEITH ALLEN PATTON,

    Plaintiff(s),

v.

CITIZEN BANK, N.A., *et al.*,

    Defendant(s).

Case No.: 2:18-cv-01351-APG-NJK

**Order**

(Docket No. 22)

Pending before the Court is Plaintiff's motion for expedited discovery and leave to issue a subpoena duces tecum. Docket No. 22. Plaintiff's motion is almost entirely blank except for an introductory paragraph. *Id*. at 1-2. As a result, the Court is unable to discern exactly what Plaintiff requests, or the reason for his request. Accordingly, Plaintiff's motion at Docket No. 22 is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: November 28, 2018

                                                      NANCY J. KOPPE
                                                    United States Magistrate Judge