# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEITH ALLEN PATTON,

    Plaintiff(s),

v.

CITIZENS BANK, N.A, *et al.*,

    Defendant(s).

Case No.: 2:18-cv-1351-APG-NJK

**Order**

[Docket Nos. 24, 30]

Pending before the Court is a motion to stay discovery pending resolution of their motion to dismiss filed by Defendants Eighth Judicial District, Garcia-Mendoza, and Snavely. Docket No. 24; *see also* Docket No. 13. Also pending before the Court is a motion to stay discovery pending its motion to dismiss, filed by Defendant Citizen Bank. Docket No. 30; *see also* Docket No. 19. Plaintiff did not file a response to either motion to stay discovery. *See* Docket. Considering the standards applicable to a motion to stay discovery, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds sufficient cause to stay discovery in this case. Accordingly, the motions to stay discovery, Docket Nos. 24 and 30, are **GRANTED**.

. . .

. . .

. . .

1

Discovery is hereby **STAYED** pending resolution of the motions to dismiss at Docket Nos. 13, 19.  To the extent resolution of those motions does not result in the termination of this case, a proposed discovery plan shall be filed within 14 days of the issuance of such order.

IT IS SO ORDERED.

Dated: December 14, 2018

                                                                             Nancy J. Koppe
United States Magistrate Judge