# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH ALLEN PATTON, | Case No.: 2:18-cv-01351-APG-NJK |
| Plaintiff | **Order for Corrected Images** |
| v. | |
| CITIZEN BANK, N.A., et al., | |
| Defendants | |

Plaintiff Keith Patton filed a document at ECF No. 21 that is titled as his opposition to the motion to dismiss filed by defendants Eighth Judicial District Court and Garcia-Mendoza & Snavely and the reply to his motion for preliminary injunction. However, the document consists almost entirely of blank pages. I presume this is a docketing error. Patton must file corrected images of these documents on or before April 26, 2019, or I will rule on the pending motions for preliminary injunction and to dismiss based on the documents currently on file.

IT IS THEREFORE ORDERED that on or before April 26, 2019, plaintiff Keith Patton shall file a corrected image of ECF No. 21 or I will rule on the pending motions based on the documents currently on file.

DATED this 2nd day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE